Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

CC: Friendly / IFP SUBM.

## UNITED STATES DISTRICT COURT

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

for the

District of Hawai'i

JAN 23 2023

_____ Division

at 11 o'clock and 45 min. A M
John A. Mannle, Clerk

Carmela Lynn Jackson
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Shelisa A. Jeffers
Joseph J. Jackson
(See Att. 1)    *Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **CV23  00030  KJM**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes  ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint) att. 1-2a

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     Carmela Lynn Jackson
Address     1055 N. Vignes
       Los Angeles    Ca.    90012
       *City*       *State*      *Zip Code*
County     Los Angeles
Telephone Number     (808) 201-7830
E-Mail Address     ceelcave@yahoo.com, Carmelaj781@g.mail

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name     Shelisa A. Jeffers
Job or Title *(if known)*     (Bit Switching / crack addict / child traf.)
Address     19474 cliff J (Nevada St indetrital all80)
       Detroit    Mi    48234
       *City*       *State*      *Zip Code*
County     Wayne
Telephone Number     (313) 942-7863
E-Mail Address *(if known)*

☑ Individual capacity    ☐ Official capacity

Defendant No. 2
Name     Joseph J. Jackson
Job or Title *(if known)*     (Bit Switching / crack addict / child traf.)
Address     19474 Cliff
       Detroit    Mi    48234
       *City*       *State*      *Zip Code*
County     Wayne
Telephone Number     (313) 892-1109
E-Mail Address *(if known)*

☑ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

  Name            *Janice T. Jackson-Ganawa*

  Job or Title *(if known)*   *(Bit switching / Crack addict / Child traff)*

  Address         *19474 Cliff (Livonia Mi. as well)*

                  *Detroit          Mi        48234*
                  City           State          Zip Code

  County          *Wayne*

  Telephone Number    *(248) 943-8150*

  E-Mail Address *(if known)*

  [✓] Individual capacity     [ ] Official capacity

Defendant No. 4

  Name            *Howell Ganawa*

  Job or Title *(if known)*   *(Bit switching / Crack addict / Child traff)*

  Address         *19474 Cliff (Livonia Mi. as well)*

                  *Detroit          Mi        48234*
                  City           State          Zip Code

  County          *Wayne*

  Telephone Number    *(248) 943-8150*

  E-Mail Address *(if known)*

  [✓] Individual capacity     [ ] Official capacity

                  *(See attached 2)*

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

  [✓] Federal officials (a *Bivens* claim)

  [ ] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*all constitutional Rights (particularly Bill of Right)*
*and                              (family member employed*
*638 Native American Peace treaties ( with U.S. Military)*
*                              (runs drug/child traff)*
*                              murdering Ring)*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?   *all*
*and Especially Constitutional Rights I - X*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Employeed as Medical Personal / Military Personal all of these family members switch bit frequency cheating insurance companies / medicade / medicare / welfare fraud and Social Security fraud. They were employed in Medical Industry and Switched Medical Record

**III.   Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Primaraly Michigand and Indiana.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

January 12, 1977 to current date.

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Born the first grandchild / granddaughter to Rosie Lewis & Roscoe Bud Lewis (Blackfeet-Cherokee-Navajo Union), Jcann Jackson-Reed my Biological mother switched my medical Birth record information. This was to cover up he Sexually Transmitted Diseases. To Secure her stronghold over Joseph Roscoe Lewis (My father) in Elkhart Ind.

Page 4 of 6

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

Since my Birth, I have been tracked using electro-magnetic energy. I remained in school to secure vocabulary to describe what my "MASS" was experiencing. These Bit frequencies has left me with numerous internal injuries. Michigan/Indiana Switched my Medical Records, denying my claims of Being "Cooked" By Science/Nasa!

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

Investigate / Charge / hold defendant Financially & physically responsible for destroying My & My childrens life. If at all possible. I would like for them to be placed in federal Prison for Effect / Affecting Millions of Americans.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1-23-23

Signature of Plaintiff    _Carmela Lynn Jackson_

Printed Name of Plaintiff    Carmela Lynn Jackson

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City                          State          Zip Code

Telephone Number    _____

E-mail Address    _____

# Attachment 1

Defendant(s)

3.) Janice T. Jackson-Ganaway
4.) Houwell M. Ganaway
5.) Johnny T. Jackson
6.) Dedrea Jackson
7.) Catrina L. Jackson
8.) Demetrianna Triplet
9.) Sereth Yarbrough
10.) Brianna Yarbrough
11.) Eula Mae Lewis
12.) Lisa Lewis
13.) Eric Lewis

<u>Attachment 2a</u>

Defendant No. 5.) Johnny T. Jackson
(Bit Switching /crack addict /child traff.)
19474 Cliff (amsterdam in Sterling Heights, Mi
                        as well)
Detroit, Mi. 48234
(313) 399-4694 (313) 892-1109


Defendant No. 6.) Dedrea Jackson
(Bit switching /crack addict /child traff.)
19474 Cliff (amsterdam in Sterling Heights, Mi
                        as well)
Detroit, Mi. 48234
(313) 350-0615

Attachment 2 ②

Defendant No. 7) Catrina L. Jackson
(B/t Switching / crack addict / child traff)
19474 cliff  (warren mi. as well)
Detroit, Mi. 48234
(313) 892-1109


Defendant No. 8.) Demetrianna Triplet
(B/t Switching) crack addict / child traff)
19474 cliff (nevada as well
Detroit, Mi 48234
(313) 892-1109, (313) 942-7863

<u>Attachment 2a</u>

Defendant No.9.) Seretha Yarbrough
(Bit Switching/crack addict/child traff)
1947 cliff (nevada & evergreen in det. as.
                    well)
Detroit, Mi. 48234
(313)892-1109, (313)942-7863

Defendant No.10.) Brianna Yarbrough
(Bit Switching/crack addict/child traff)
1947 cliff (nevada/sandiego, Ca?)
Detroit, Mi. 48234
(313)892-1109, (313)942-7863

# Attachment 2.

Defendant No.11.) Eula Mae lewis-Moore
(Bit Switching/crack add./child traff)
812 Concord
Elkhart, In. 46516
(574) 350-8157

Defendant No.12.) Lisa lewis
(Bit Switching/crackadd./child traff)
812 Concord
Elkhart, In. 46316
(574) 350-8157

Defendant No.13.) Eric lewis
(Bit Switching/crackadd./childtraff)
812 Concord
Elkhart, In. 46516
(574) 350-8157