# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| CARMELA LYNN JACKSON,<br><br>    Plaintiff,<br><br>V.<br><br><br>SHELISA A. JEFFERS, ET AL.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00030 JMS-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>January 25, 2023<br><br>At 2 o'clock and 45 min p.m.<br>JOHN A. MANNLE, CLERK |

[ ]    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]    **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      On January 25, 2023, the Court issued its ORDER (1) GRANTING IFP APPLICATION, ECF NO. 2; AND (2) DISMISSING COMPLAINT, ECF NO. 1, AND "AMENDED COMPLAINT," ECF NO. 8, WITHOUT LEAVE TO AMEND, ECF No. 9 (January 25, 2023 Order).

      IT IS ORDERED AND ADJUDGED that the court GRANTS Plaintiff's IFP Application and DISMISSES the Complaint, ECF No. 1, and "Amended Complaint", ECF No. 8, without leave to amend, pursuant to and in accordance with the January 25, 2023 Order. Further, the Clerk is directed to close the case.

| | |
|---|---|
| January 25, 2023 | JOHN A. MANNLE |
| Date | Clerk |
| | /s/ JOHN A. MANNLE by JI |
| | (By) Deputy Clerk |